**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Bridgeport Div _____ District of _____ Connecticut
                                              (State)

Case number (*if known*): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Pacific Restaurants, LLC |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    0 5 _ 0 5 1 2 6 1 0

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 444 Quaker Lane Unit 5 | 444 Quaker Lane Unit 5 |
| Number        Street | Number        Street |
| | P.O. Box |
| Warwick        RI        02886 | Warwick        RI        02886 |
| City        State        ZIP Code | City        State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Kent | |
| County | Number        Street |
| | |
| | City        State        ZIP Code |

5. **Debtor's website** (URL)

| Debtor | Pacific Restaurants, LLC | Case number *(if known)* |
|---|---|---|
| | *Name* | |

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

7   2   2   5

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| Debtor | Pacific Restaurants, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No          SEE ATTACHED ADDENDUM

☒ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in this district?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                                State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

| Debtor | Pacific Restaurants, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 13. **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |
|---|---|---|---|
| 14. **Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 15. **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. **Estimated liabilities** | ☐ $0-$50,000<br>☒ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>I have been authorized to file this petition on behalf of the debtor.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/8/2022
              MM   / DD / YYYY

X _~Herman Z~_ _____     _~Herman Zi~_ _____
Signature of authorized representative of debtor     Printed name

Title _~Operating Member~_ _____

Pacific Restaurants, LLC

Debtor _____   Case number (if known) _____
Name

**18. Signature of attorney**   ✖   */s/ Ira S. Greene*   Date ___11/8/2022_____
Signature of attorney for debtor                          MM   / DD / YYYY

Ira S. Greene
Printed name
Locke Lord LLP
Firm name
1 Landmark Square Ste 1650
Number      Street
Stamford                                        CT      06901
City                                            State    ZIP Code

203-353-6879                                    ira.greene@lockelord.com
Contact phone                                   Email address

ct01853                                         CT
Bar number                                      State

Fill in this information to identify the case:

Debtor 1

| | First Name | Middle Name | Last Name |

Debtor 2
(Spouse, if filing)

| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number
(if known)

Chapter    11

ADDENDUM to PETITION – form 201

Question 10

- C & L Diners, LLC filed a petition in the United States Bankruptcy Court in Connecticut for relief under Chapter 11 of title 11 of the United States Bankruptcy Code.  The Debtor has more than one entity that is being filed on November 8, 2022.  The other entities are as follows:

    1.    C & L Hartford, LLC - Tax ID of 45-4686760

          539 Flatbush Ave.

          Hartford, CT  06106

          **AND**

    2.    Pacific Restaurants, LLC – Tax ID 05-0512610

          444 Quaker Lane Unit 5

          Warwick, RI  02886

{00379198-1}

## CERTIFICATE OF RESOLUTION

I, the undersigned, the Managing Member of Pacific Restaurants, LLC (the "Company"), does hereby certify that the Company has adopted the following resolutions:

> **"RESOLVED,** that it is desirable and in the best interest of the Company, its creditors, members, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Subchapter V, of the United States Code (the "Bankruptcy Code"); and it is further

> **RESOLVED,** that the form of Subchapter V petition shall be as required by law and is approved and adopted in all respects, and that Herman Li be, and hereby is, authorized and directed, on behalf of and in the name of the Company to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Bridgeport Division of the District of Connecticut, at such time as Herman Li, executing said petition on behalf of the Company, shall determine; and it is further

> **RESOLVED,** that on behalf of the Company, Herman Li be, and hereby is authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he may deem necessary or proper in connection with the Subchapter V case; and it is further

> **RESOLVED,** that on behalf of the Company, Herman Li be, and hereby is authorized and directed to employ Douglas S. Draper and the law firm of Heller, Draper & Horn, L.L.C. ("Heller Draper") as bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including filing and pleading, and in connection therewith, Herman Li is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Subchapter V case, and to cause to be filed an appropriate application for authority to retain the services of Heller Draper.

**RESOLVED,** that on behalf of the Company, Herman Li be, and hereby is authorized and directed to employ Ira Greene and the law firm of Locke Lord LLP as local counsel to the Company to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including filing and pleading, and in connection therewith, Herman Li be and is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Subchapter V case, and to cause to be filed an appropriate application for authority to retain the services of Locke Lord LLP."

**IN WITNESS WHEREFORE,** I have hereunto set my hand on this ___ day of November 7th, 2022.

PACIFIC RESTAURANTS, LLC

By: _____

Herman Li
Managing Member

Pacific Restaurants, LLC
Balance Sheet

|  | Sep 30, 22 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1002 · CASH IN BANK B OF A(GEN) | -4,319.77 |
| 1010 · DEPOSITS IN TRANSITS | 25,016.11 |
| 1020 · CASH IN BANK FLEET PAYROLL | 19,077.53 |
| 1030 · CASH STORE BANK | 1,100.00 |
| 1040 · CASH STORE PETTY CASH | 400.00 |
| **Total Checking/Savings** | 41,273.87 |
| **Other Current Assets** | |
| 1200 · INVENTORY FOOD | 11,894.26 |
| 1220 · INVENTORY PAPER | 1,345.47 |
| 1320 · PREPAID RENT | 8,873.33 |
| 1330 · PREPAID BUSINESS INSURANCE | 164.00 |
| 1340 · PREPAID/SEC DEP WORKERS COMP | -3,069.09 |
| **Total Other Current Assets** | 19,207.97 |
| **Total Current Assets** | 60,481.84 |
| **Fixed Assets** | |
| 1511 · BUILDING | 640,002.85 |
| 1521 · RESTAURANT EQUIPMENT | 282,341.15 |
| 1531 · FURNITURE & FIXTURES | 298,522.66 |
| 1541 · LEASEHOLD IMPROVEMENTS | 119,568.49 |
| 1581 · FRANCHISE FEES | 45,000.00 |
| 1611 · ACCUM DEPR BUILDING | -392,842.07 |
| 1621 · ACCUM DEPR EQUIPMENT | -270,002.84 |
| 1631 · ACCUM DEPR FURN. & FIXTURE | -264,685.33 |
| 1641 · ACCUM DEPR LEASEHOLD IMP | -34,664.56 |
| 1681 · ACCUM AMORT FRANCHISE FEES | -35,000.00 |
| **Total Fixed Assets** | 388,240.35 |
| **TOTAL ASSETS** | 448,722.19 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2001 · ACCOUNTS PAYABLE | 116,374.53 |
| **Total Accounts Payable** | 116,374.53 |
| **Other Current Liabilities** | |
| 2015 · SALES TAX PAYABLE | 9,278.12 |
| 2020 · ACCRUED GIFT CARD LIABILITY | 9,844.77 |
| 2040 · ACCRUED PAYROLL PAYABLE | 29,286.78 |
| 2045 · ACCRUED PAYROLL TAXES PAYABLE | 3,521.78 |
| 2050 · ACCRUED ADVERTISING | 711.44 |

| | |
|---|---:|
| **2055 · ACCRUED ROYALTIES** | -4,279.29 |
| **2065 · ACCRUED PROPERTY TAXES** | 245.97 |
| **2095 · ACCRUED VACATION** | 3,326.93 |
| **2100 · SUSPENSE ACCOUNT LIABILITY** | -2,798.39 |
| **Total Other Current Liabilities** | 49,138.11 |
| **Total Current Liabilities** | 165,512.64 |
| **Long Term Liabilities** | |
| **NONE** | 0.00 |
| **Total Long Term Liabilities** | 0.00 |
| **Total Liabilities** | 165,512.64 |
| **Equity** | |
| **3025 · CAPITAL SHAREHOLDERS** | 632,072.83 |
| **3990 · RETAINED EARNINGS** | -184,356.27 |
| **Net Income** | -164,507.01 |
| **Total Equity** | 283,209.55 |
| **TOTAL LIABILITIES & EQUITY** | **448,722.19** |

Pacific Restaurants, LLC
Income Statement

| | Jan - Sep 22 |
|---|---|
| **Income** | |
| 4010 · FOOD SALES | 1,062,177.88 |
| **Total Income** | 1,062,177.88 |
| **Cost of Goods Sold** | |
| 5010 · PURCHASES FOOD | 273,659.18 |
| 5030 · PURCHASES PAPER | 35,105.26 |
| 5210 · EMPLOYEE MEAL CREDIT | -3,912.08 |
| 5310 · COST OF EMPLOYEE MEAL | 3,912.08 |
| **Total COGS** | 308,764.44 |
| **Gross Profit** | 753,413.44 |
| **Expense** | |
| 6010 · WAGES CREW | 266,170.96 |
| 6015 · WAGES MANAGER | 98,649.46 |
| 6020 · PAYROLL TAXES | 43,399.46 |
| 6025 · WORKMAN COMPENSATION | 8,379.09 |
| 6035 · INSURANCE HEALTH | 4,941.93 |
| 6040 · EMPLOYEE VACATION PAY | 7,584.61 |
| 6042 · EMPLOYEE INCENTIVES | 300.00 |
| 6060 · OPERATING PARTS AND SUPPLIES | 15,952.69 |
| 6065 · UNIFORMS | 1,400.90 |
| 6070 · R & M EQUIPMENT | 21,685.97 |
| 6080 · R & M BUILDING & GROUND | 39,885.64 |
| 6085 · CASH (OVER)/SHORT | 772.17 |
| 6086 · OTHER CASH (OVER)/SHORT | -24.33 |
| 6090 · SECURITY / ALARM / MUSIC | 2,300.12 |
| 6095 · MISCELLANEOUS EXPENSE | 1,787.70 |
| 6100 · UTILITIES ELECTRIC | 31,445.90 |
| 6105 · UTILITIES WATER | 2,880.00 |
| 6110 · UTILITIES GAS | 22,384.72 |
| 6115 · UTILITIES TELEPHONE | 4,785.00 |
| 6120 · UTILITIES TRASH REMOVAL | 10,428.86 |
| 6140 · RENT | 87,846.03 |
| 6145 · INSURANCE BUSINESS | 14,470.00 |
| 6150 · PROPERTY TAXES | 29,794.75 |
| 6160 · DENNYS ADVERTISING | 31,865.34 |
| 6165 · LOCAL PROMOTION | -2,389.42 |
| 6170 · DENNYS ROYALTIES | 42,487.11 |
| 6175 · TAXES & LICENSES | 616.95 |
| 6185 · PAYROLL SERVICE | 1,248.20 |
| 6190 · BANK SERVICE CHARGES | 17,220.32 |
| 6290 · DELIVERY SERVICE CHARGES | 43,280.88 |
| 7100 · DEPRECIATION EXPENSES | 25,367.22 |

| | | |
|---|---|---:|
| | 7205 · EQUIPMENT LEASING | 3,696.68 |
| | 7220 · TRAVEL | 2,595.11 |
| | 7230 · MANAGEMENT FEES | 27,000.00 |
| | 7240 · LEGAL AND ACCOUNTING FEES | 10,971.20 |
| | 7610 · REBATE INCOME | -1,139.12 |
| | 7620 · OTHER INCOME | -2,521.65 |
| | 7800 · PROVISION FOR INCOME TAX | 400.00 |
| **Total Expense** | | 917,920.45 |
| **Net Income** | | **-164,507.01** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 22-_____ |
| PACIFIC RESTAURANTS, LLC | * | Chapter 11 |
| DEBTOR | * | Subchapter V |
| | * | Jointly Administered |

## CORPORATE OWNERSHIP STATEMENT OF PACIFIC RESTAURANTS, LLC

Pursuant to the requirements of Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Pacific Restaurants, LLC states that the following corporation owns ten percent (10%) or more of the equity of Pacific Restaurants, LLC:

C & L Diners, LLC

**DATED:** November 8, 2022

Respectfully Submitted,

LOCKE LORD LLP

*s/ Ira S. Greene*
Ira S. Greene (Bar # ct01853)
1 Landmark Square, Suite 1650
Stamford, CT 06901
Tel: (203) 353-6880
Fax: (888) 325-9691
Email: ira.greene@lockelord.com

Tara L. Trifon (Bar # ct28415)
20 Church Street, 20th Floor
Hartford, CT 06103
Tel: (860) 525-5065
Fax: (860) 527-4198
E-mail: tara.trifon@lockelord.com

*Proposed Counsel to Debtor and Debtor-in-Possession*

130324715v.1

# United States Bankruptcy Court
## District of Connecticut

In re   Pacific Resturants LLC

Debtor(s)

Case No.

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| C & L Diners LLC 6800 Owensouth Ave #260 Canoga Park, CA 91303 | | 51% | |
| Jiann-Min Chen 19F-5 #636 Taton 12th St Mantun District Taichung   Taiwan | | 49% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   *11/8/2022*

Signature

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Pacific Resturants LLC |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADP Investments I, LLC 1000 N West St. Ste 1200 Wilmington, DE 19801 | | | Disputed | | | $25,000.00 |
| Comcast Business (Wi-Fi) 1701 John F Kennedy Blvd. Philadelphia, PA 19103 | | Utilities | | | | $288.25 |
| Cox Communications Dept 781104 PO Box 78000 Detroit, MI 48278 | | Utilities | | | | $249.60 |
| Denny's Corporation 203 E Main St Spartanburg, SC 29319 | | | | | | $0.00 |
| DFO LLC 203 East Main St Spartanburg, SC 29319 | | | | | | $0.00 |
| Freshpoint Connecticut 105 Reserve Rd Hartford, CT 06114 | | | | | | $1,266.85 |
| GM Refrgeration 356 Pleasant St Fall River, MA 02721 | | | | | | $18,622.06 |
| Mount Pleasant Property LLC Webster Bank 1376 Bald Hill Rd Warwick, RI 02886 | | | | | | $0.00 |

| Debtor | Pacific Resturants LLC | | Case number *(if known)* | |
|--------|------------------------|--|--------------------------|--|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| National Grid Gas PO Box 11739 Newark, NJ 07101-4739 | | Utilities | | | | $0.00 |
| Quaker Commons Condo 181 Knight St Warwick, RI 02886 | | Utilities | | | | $12,519.05 |
| Rhode Island Energy (Electric) 280 Melrose Street Providence, RI 02907 | | Utilities | | | | $3,376.07 |
| Rhode Island Energy (gas) 208 Melrose Street Providence, RI 02907 | | Utilities | | | | $1,589.88 |
| Warwick Management of RI Municipal Annex 65 Centerville Road Warwick, RI 02886 | | Utilities | | | | $1,365.71 |
| Warwick Pretreatment Billing Warwick Sewer Board of Review 3275 Post Road Warwick, RI 02886 | | Utilities | | | | $175.00 |
| Waste Management of RI P.O. Box 13648 Philadelphia, PA 19101 | | Utilities | | | | $1,365.71 |
| Wen Fei Shen Musick Peeler & Garrett LLP 624 South Grand Ave Ste 2000 Los Angeles, CA 90017 | | Law Suit | Contingent Unliquidated Disputed | | | $0.00 |
| Wen Fei Shen Travis S Hunter Richards, Layton & Finger PA 920 North King St Wilmington, DE 19801 | | Law Suit | Contingent Unliquidated Disputed | | | $0.00 |

Debtor   Pacific Resturants LLC                                           Case number *(if known)*
_____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Xiaoning Wang & Chunhua Ma Gene H. Shioda 5901 West Century Blvd Ste 750 Los Angeles, CA 90045 | | Law Suit | Contingent Unliquidated Disputed | | | $0.00 |
| YanHong Jin Jeffrey T. Bell 11001 Valley Mall Ste 300 El Monte, CA 91731 | | Law Suit | Contingent Unliquidated Disputed | | | $0.00 |

| Fill in this information to identify the case: |
| --- |

Debtor name    Pacific Resturants LLC

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an
   amended filing

**Official Form 202**
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/8/2022          X _____
                                    Signature of individual signing on behalf of debtor

                                    HERMAN Li
                                    Printed name

                                    OPERATING MEMBER
                                    Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**United States Bankruptcy Court**
**District of Connecticut**

In re    Pacific Resturants LLC

Debtor(s)

Case No.

Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    11/8/2022

Signer/Title

ADP Investments I, LLC
1000 N West St. Ste 1200
Wilmington, DE 19801


CIty of Warwick Tax Collector
PO Box 981027
Boston, MA 02298-1027


Comcast Business (Wi-Fi)
1701 John F Kennedy Blvd.
Philadelphia, PA 19103


Cox Communications
Dept 781104 PO Box 78000
Detroit, MI 48278


Denny's Corporation
203 E Main St
Spartanburg, SC 29319


DFO LLC
203 East Main St
Spartanburg, SC 29319


Freshpoint Connecticut
105 Reserve Rd
Hartford, CT 06114


GM Refrgeration
356 Pleasant St
Fall River, MA 02721


Marlin Capital Solutions
PO Box 13604
Philadelphia, PA 19101-3804


McLane Foodservice Inc
2085 Midway Rd
Carrollton, TX 75006

Mount Pleasant Property LLC
Webster Bank
1376 Bald Hill Rd
Warwick, RI 02886

National Grid Gas
PO Box 11739
Newark, NJ 07101-4739

Pawnee Leasing Corporation
3801 Automation Way Ste. 207
Fort Collins, CO 80525

Quaker Commons Condo
181 Knight St
Warwick, RI 02886

Rhode Island Energy (Electric)
280 Melrose Street
Providence, RI 02907

Rhode Island Energy (gas)
208 Melrose Street
Providence, RI 02907

Stearns Bank N.A.
PO Box 750
Albany, MN 56307-0750

Warwick Management of RI
Municipal Annex
65 Centerville Road
Warwick, RI 02886

Warwick Pretreatment Billing
Warwick Sewer Board of Review
3275 Post Road
Warwick, RI 02886

Waste Management of RI
P.O. Box 13648
Philadelphia, PA 19101

Wen Fei Shen
Musick Peeler & Garrett LLP
624 South Grand Ave Ste 2000
Los Angeles, CA 90017

Wen Fei Shen
Travis S Hunter
Richards, Layton & Finger PA
920 North King St
Wilmington, DE 19801

Xiaoning Wang & Chunhua Ma
Gene H. Shioda
5901 West Century Blvd Ste 750
Los Angeles, CA 90045

YanHong Jin
Jeffrey T. Bell
11001 Valley Mall Ste 300
El Monte, CA 91731